IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BUILDER SERVICES GROUP, INC. a/b/a GALE CONTRACTOR SERVICES,<br><br>    Plaintiff,<br><br>v.<br><br>TOPSHELF BUILDER SPECIALTIES, INC. and RICHARD L. QUARLES, JR.,<br><br>    Defendants. | CASE NO. CV419-056 |

## O R D E R

Before the Court is Plaintiff Builder Services Group, Inc.'s Stipulation of Dismissal and Notice of Dismissal Without Prejudice. (Doc. 41.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." As requested by Plaintiff, this action is **DIMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of September 2020.

                                                      WILLIAM T. MOORE, JR.
                                                    UNITED STATES DISTRICT COURT
                                                    SOUTHERN DISTRICT OF GEORGIA